# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICKY MCCOMB,**<br><br>     Plaintiff,<br><br>     v.<br><br>**J.P. ROSS, et al.,**<br><br>     Defendants. | Civil Action No. 14-157 (JDB) |

## ORDER

Upon consideration of [26] the parties' Joint Local Rule 16.3 Report, the initial scheduling conference held on this date, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. All parties shall be joined and all pleadings shall be amended by not later than July 16, 2015.

2. Discovery shall commence immediately, and will continue through December 31, 2015.

3. Fact discovery will close on September 15, 2015.

4. Plaintiffs shall submit expert disclosures, if any, by not later than October 9, 2015. Defendants shall submit their expert disclosures, if any, by not later than November 9, 2015. Plaintiffs shall submit their rebuttal expert report, if any, by not later than December 1, 2015.

5. Expert discovery will close on December 31, 2015.

6. Each side will be entitled to ten depositions and twenty-five interrogatories.

7. The parties shall file a status report, stating whether they intend to file any dispositive motions, by not later than January 11, 2016, or, if no expert reports are filed, by not later than September 28, 2015.

8. The parties shall file any dispositive motions by not later than March 8, 2016, or, if no expert reports are filed, by not later than November 16, 2015. Oppositions to dispositive motions are due by not later than thirty days after the filing of such motions. Replies are due by not later than fifteen days after the filing of oppositions.

9. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion, at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

10. A status conference in this matter is set for September 16, 2015, at 9:30 a.m. in Courtroom 30A.

**SO ORDERED**.

>             /s/             
>             JOHN D. BATES  
>             United States District Judge

Dated: March 16, 2015